IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ELSIE C. PHILLIPS,

        Plaintiff,                                      Civ. No. 6:23-cv-00921-MC

        v.                                             OPINION AND ORDER

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

_____

MCSHANE, Judge:

      Based upon the Stipulation of the parties, it is ORDERED that attorney fees in the amount of $4,390.93 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010), if the Commissioner confirms that Plaintiff owes no debt to the Government through the federal treasury offset program, payment of this award shall be made by check made payable and mailed to Plaintiff's counsel, Katherine L. Eitenmiller, WELLS, MANNING, EITENMILLER & TAYLOR, P.C., 474 Willamette Street, Eugene, Oregon 97401. If Plaintiff has such debt, the

1 – OPINION AND ORDER

check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's address provided. There are no costs or expenses to be paid herein.

IT IS SO ORDERED.

DATED this 27th day of August, 2024.

                                                  /s/ Michael J. McShane  
                                                      Michael McShane  
                                             United States District Judge